UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK JOSEPH DEESE,

Plaintiff,

-against-

SULLIVAN COUNTY COUNTY COURTHOUSE NEW YORK ET AL.,

Defendants.

26-cv-3447 (GBD)

CIVIL JUDGMENT

For the reasons stated in the September 28, 2026, Order, this action is dismissed for lack of subject matter jurisdiction, for failure to state a claim on which relief may be granted, and as barred under the doctrine of judicial immunity and the Younger abstention doctrine. See 28 U.S.C. § 1915(e)(2)(B)(ii); Fed. R. Civ. P. 12(h)(3). This Court declines to exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting. See 28 U.S.C. § 1367(c)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 30, 2026
New York, New York

/s/ George B. Daniels
GEORGE B. DANIELS
United States District Judge